No. 7,343.—CYRIL E. SHAFFER ET AL., RESPONDENTS, *v.*
A. L. NORVELL ET AL., APPELLANTS.

Decided April 3, 1935.

PER CURIAM.—Agreeably to the stipulation of the parties it is ordered that the appeal herein be dismissed.

*Mr. W. D. Doyle,* for Appellants.

*Mr. Henry McClernan,* for Respondents.

No. 7,403.—STATE EX REL. GREAT FALLS TRANSFER & STORAGE CO., APPELLANT, *v.* BOARD OF RAILROAD COMMISSIONERS ET AL., RESPONDENTS.

Decided April 5, 1935.

PER CURIAM.—Pursuant to praecipe of dismissal filed by counsel for appellant, it is ordered that the appeal herein be dismissed.

*Mr. S. C. Ford,* for Appellant.